IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**MICHAEL MCCOY, JR.**                                                      **PLAINTIFF**

**VERSUS**                                       **CIVIL ACTION NO. 5:23-cv-00004-KS-BWR**

**JOHNATHAN GREEN**                                                 **DEFENDANT**

**FINAL JUDGMENT**

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this dismissal counts as a "strike" under 28 U.S.C. § 1915(g). Plaintiff Michael McCoy, Jr., is advised that, if he receives three strikes, "he may not proceed [*in forma pauperis*] in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury." *See Adongo v. Tex.*, 124 F. App'x 230, 232 (5th Cir. 2005) (citing 28 U.S.C. § 1915(g)).

**SO ORDERED AND ADJUDGED**, this  8th  day of March, 2024.

                                                    /s/ *Keith Starrett*
                                                  KEITH STARRETT
                                                  UNITED STATES DISTRICT JUDGE